IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY BAYLOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA PRISON SYSTEM, et al. | : | NO. 10-cv-1468 |

## ORDER

AND NOW, this    11th    day of August, 2010, "Defendant Philadelphia Prison

System and Warden Bryant's Motion to Dismiss Plaintiff's Complaint" (docket no. 8), to

which plaintiff filed no opposition, is granted and plaintiff's claims against the Philadelphia

Prison System and Warden Karen Bryant are dismissed with prejudice.  A memorandum

accompanies this order.


BY THE COURT:


 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.